UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| FRANK E. ALEXANDER, | ) | |
| | ) | CASE NO. 3:23-cv-2424 |
| Petitioner, | ) | |
| | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| | ) | |
| WARDEN TIMOTHY WALLACE, | ) | **MEMORANDUM OPINION** |
| | ) | **AND ORDER** |
| Defendant. | ) | |

Before the Court is the Report and Recommendation ("R&R") from Magistrate Judge Carmen E. Henderson (Doc. 8) recommending that Petitioner Frank E. Alexander's ("Petitioner") petition for a writ of habeas corpus be denied.

On December 21, 2023, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  (Doc. 1.)  On April 29, 2024, Warden Timothy Wallace filed a return of writ on April 29, 2024.  (Doc. 6.)  Petitioner timely submitted his Traverse.  (Doc. 7.)  On August 9, 2024, Magistrate Judge Carmen E. Henderson issued an R&R recommending the Petition be dismissed in its entirety on the grounds of procedural default.  (Doc. 8 at 273.)  The R&R instructed that any objections must be submitted to the Court within fourteen days of receiving the R&R.  (*Id.*)

Petitioner has not filed any objections, and the date for doing so has since passed. Notwithstanding, the Court reviewed the R&R and agrees that all presented claims were procedurally defaulted.  The R&R is ACCEPTED and ADOPTED.  The Petition is hereby DISMISSED.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of

appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

Date: October 10, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE